**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jarvis MIRANDA, also known as Crazy, Defendant–Appellant.**

No. 15-2354.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 31, 2015.

Filed: Jan. 6, 2016.

Brandon T. Carter, Aaron L. Jennen U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Jarvis Miranda, Bentonville, AR, pro se.

Stephen C. Parker, Jr., Fayetteville, AR, for Defendant–Appellant.

Before GRUENDER, BENTON and KELLY, Circuit Judges.

PER CURIAM.

Jarvis Miranda directly appeals after he pled guilty to a drug-conspiracy offense and a felon-in-possession offense and the district court[1] sentenced him to a total of

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

293 months in prison, upon imposing two partially consecutive prison terms. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court imposed a substantively unreasonable sentence.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. David,* 682 F.3d 1074, 1076–77 (8th Cir.2012) (discussing appellate review of sentencing decisions); *see also* 18 U.S.C. § 3584 (if multiple terms of imprisonment are imposed at same time, terms may run concurrently or consecutively; as to each offense court shall consider 18 U.S.C. § 3553(a) factors). Furthermore, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.